

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
**L<small>AW</small> D<small>EPARTMENT</small>**
100 CHURCH STREET
NEW YORK, NY 10007

**KIMBERLY L. ROC**
Phone: (212) 356-2555
KROC@law.nyc.gov

August 20, 2025

**By ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl St, Room 1320
New York, NY 10007

        Re:    *Cruz et al. v. Melissa Aviles-Ramos et al.*
                  25-CV-04396 (JPC)

Dear Judge Cronan:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Melissa Aviles-Ramos in her Official Capacity as Chancellor of the New York City Department of Education and New York City Department of Education (hereinafter "Defendants") in the above-referenced action. I write respectfully to request that the Court grant Defendants an adjournment of the Initial Pre-trial Conference from August 28, 2025 to September 9, 2025.

      This is Defendants' first request to reschedule the Initial Pre-trial Conference. I am respectfully requesting that the conference be adjourned as I will be out of the office on a previously scheduled annual leave. Plaintiffs' counsel has consented to this request. Further, there are no existing deadlines in the case that will be impacted by this request, if granted.

      Accordingly, for the reasons set forth above, I respectfully request that the Court adjourn the Initial Pre-trial Conference from August 28, 2025 to September 9, 2025.

      Thank you for your consideration of the foregoing.

The request is granted. The conference originally scheduled for August 28 is adjourned to September 9, 2025, at 3:00 p.m.

Respectfully submitted,

SO ORDERED
August 21, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

*Kimberly L. Roc*
Kimberly L. Roc
Assistant Corporation Counsel

**Via ECF**
Plaintiffs' Counsel