**LIBERTY & FREEDOM LEGAL GROUP, LTD**

October 27, 2025

**VIA ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Cruz et al. v. Aviles-Ramos et al.*, 25-cv-4396 (JPC)

Dear Judge Cronan:

    As you may recall, the undersigned represents the Plaintiff in the above-referenced matter. The parties respectfully write to request an extension of the current briefing schedule for their summary judgment motions.

    On October 14, 2025, Plaintiff filed her notice of motion for summary judgment. See Dkt. No. 18.[1] Plaintiff did not file a copy of the administrative record with the Court, as it was not used in preparing the motion because the Plaintiff has not yet received a copy, and neither have the Defendants.

    The Defendants have objected to proceeding on the Plaintiff's current motion without a copy of the administrative record being filed with the Court, and the Plaintiff's memorandum of law citing relevant portions of the record.[2] The Plaintiff is willing to withdraw her current motion and resubmit it as requested by the Defendants.

    Accordingly, the Plaintiff respectfully requests (1) leave to withdraw the Plaintiff's pending motion for summary judgment without prejudice, and (2) a 60-day extension of the current briefing schedule to allow time for the updated administrative record following remand to be received.

    Pursuant to the briefing schedule outlined in the Court's prior order, the briefing deadlines were as follows:

- Plaintiff's motion for summary judgment by October 14, 2025,
- Defendants' opposition, and cross-motion by November 14, 2025,
- Plaintiff's opposition and reply by December 8, 2025, and
- Defendants' reply, if any, by December 29, 2025.

---

[1] Plaintiff filed a Declaration in Support as well as a Memorandum of Law after midnight and early the next morning—they were therefore filed on October 15.

[2] Plaintiff's original motion relied on exhibits and counsel's declaration, but Defendants have asked that Plaintiff file a copy of the administrative record along with a revised version of their motion for summary judgment, citing the record.

The parties respectfully request a 60-day extension of the current briefing schedule to allow time for the updated record to be processed and filed with the Court. Subject to the Court's approval, the parties propose the following revised briefing schedule:

- Plaintiff's renewed motion for summary judgment by **December 12, 2025,**
- Defendants' opposition, and cross-motion by **January 13, 2026,**
- Plaintiff's opposition and reply by **February 3, 2026,** and
- Defendants' reply, if any, by **February 17, 2026.**

The parties thank the Court for its attention to this matter, and they remain available should the Court wish to discuss this proposal further.

Respectfully submitted,

*Rory J. Bellantoni*

Rory J. Bellantoni (RB2901)

Cc: All counsel of Record via ECF.

The request is granted. Plaintiff's motion for summary judgment is denied without prejudice. Plaintiff may submit her renewed motion for summary judgment by December 12, 2025. Defendants' opposition and cross-motion is due by January 13, 2026. Plaintiff's opposition and reply is due by February 3, 2026. Defendants' reply is due by February 17, 2026. The Clerk of Court is respectfully directed to close Docket Numbers 18 and 21.

SO ORDERED

October 29, 2025

JOHN P. CRONAN
United States District Judge