UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
                                     :

NEYSHA CRUZ, as Parent and Natural Guardian of O.F.,  :
and NEYSHA CRUZ, Individually,  :

            :

           Plaintiff,  :

  :

     -v-  :

  :       25 Civ. 4396 (JPC)

MELISSA AVILÉS-RAMOS, in her official capacity as  :
Chancellor of the NEW YORK CITY DEPARTMENT OF  :       ORDER
EDUCATION, and the NEW YORK CITY  :
DEPARTMENT OF EDUCATION,  :

  :

           Defendants.  :

  :
------------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiff's motion for summary judgment, Dkt. 25, and Defendants' cross-motion for summary judgment, Dkt. 37. In support of their motion for summary judgment, Defendants argue that under the stay-put provision, 20 U.S.C. § 1415(j), their "obligation was limited to reimbursement for transportation services actually provided." Dkt. 38 at 1. By May 1, 2026, the parties should submit letters of not more than one page, along with any supporting declarations or exhibits, addressing whether Defendants have made any payments to reimburse Plaintiff for such transportation services.

      SO ORDERED.

Dated: April 24, 2026
     New York, New York                JOHN P. CRONAN
                                   United States District Judge