UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

NEYSHA CRUZ, as Parent and Natural Guardian of O.F., :
and NEYSHA CRUZ, Individually,

                         Plaintiff,

      -v-

                                    25 Civ. 4396 (JPC)

MELISSA AVILÉS-RAMOS, in her official capacity as
Chancellor of the NEW YORK CITY DEPARTMENT OF            ORDER
EDUCATION, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                      Defendants.

------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      Counsel for all parties are ordered to appear before the undersigned for a conference on June 23, 2026, at 2:30 p.m.  The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.  In advance of the conference, the parties should review, and be prepared to discuss, the undersigned's decision in *Donohue v. Banks*, 22 Civ. 8998 (JPC), Dkt. 164 (S.D.N.Y. June 8, 2026).

      SO ORDERED.

Dated: June 8, 2026
      New York, New York                                  JOHN P. CRONAN
                                         United States District Judge